31 So.2d 595

#### Elmus Lamar WEAVER v. STATE.

6 Div. 617.

Supreme Court of Alabama.

July 31, 1947.

A. A. Carmichael, Atty. Gen., and MacDonald Gallion, Asst. Atty. Gen., for the petition.

Beddow & Jones, of Birmingham, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Weaver v. State, 31 So.2d 593.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.